CINCINNATI BAR ASSOCIATION *v.* LANGE.

[Cite as *Cincinnati Bar Assn. v. Lange* (1995), 73 Ohio St.3d 367.]

(No. 95–798—Submitted June 21, 1995—Decided August 30, 1995.)

368

*R. Patrick Riley* and *Thomas R. Smith,* for relator.

*Per Curiam.* Upon review of the record, we concur in the board's findings of misconduct and recommended sanction. Accordingly, we order that respondent be suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., dissents and would disbar respondent.